Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
District of Oregon

_____ Division

BRIAN ALBERT HAGEDORN & HAGEDORN COMMUNICATIONS: SPACE & ENGINEERING

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

IT. A TALKING COMPUTER & IT's LEADERSHIP

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. 3:21-cv-1346 AC
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☑ Yes ☐ No

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: BRIAN ALBERT HAGEDORN & HAGEDORN Communications (EARTHS SPECIES)
Street Address: 15668 SE ROETHE LANE
City and County: MILWAUKIE, OR. 97267
State and Zip Code:
Telephone Number: (971) 359-3009
E-mail Address: brianhagedorn55@outlook.com

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**Defendant No. 1**

- Name: IT'S LEADERSHIP
- Job or Title (if known): SPECIES FROM OTHER PLANETS THAT CONTROL THE PLANET EARTH
- Street Address: unknown
- City and County: unknown
- State and Zip Code: unknown / OREGON
- Telephone Number: unknown / IT'S DATABASE
- E-mail Address (if known): unknown / IT'S DATABASE

**Defendant No. 2**

- Name: IT - A TALKING COMPUTER COVERT WAR PROGRAM
- Job or Title (if known): SATELLITE / SATELLITE RELAY (* AKA - MICROSOFT, GOOGLE, APPLE COMPUTERS, SAMSUNG, MOTOROLA, AT&T, ETC.
- Telephone Number: (971) 359-3009
- E-mail Address (if known): brianhagedorn55@outlook.com

**Defendant No. 3**

- Name: WORLD & UNITED STATES GOVERNMENT COMPUTER PROGRAM OF COVERT MILITARY WAR AGAINST THE PLANET EARTH - A SECRET SOCIETY (* AKA - THE EXECUTIVE, THE LEGISLATIVE & JUDICIAL BRANCHES

**Defendant No. 4**

- Name: THE PRESIDENT OF THE UNITED STATES OF AMERICA / JOSEPH BIDEN - A COMPUTER PROGRAM
- Street Address: 1600 PENNSYLVANIA AVE
- State and Zip Code: WASHINGTON, D.C.

DEFENDANT NO. 5    OREGON GOVERNOR KATE BROWN
ADDRESS NO. 1.)  THE OREGON STATE CAPITOL BUILDING
                 900 COURT ST. NE, SALEM OR. 97301
ADDRESS NO. 2.)  MAHONIA HALL - OREGON GOVERNOR'S MANSION
                 533 Lincoln St. South, SALEM OR 97302

Name: BRIAN ALBERT HAGEDORN & HAGEDORN Communications: SPACE & ENGINEERING
Address: 15668 SE ROETHE LANE MILWAUKIE, OR. 97267
Phone: (971) 359-3009

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

BRIAN ALBERT HAGEDORN & HAGEDORN Communications: SPACE & ENGINEERING

Plaintiff(s),

Civil Case No: 3:21-CV-1346-AC

vs.

IT- A TALKING COMPUTER & ITS LEADERSHIP

AKA's of Defendant(s).

THE UNITED STATES GOVERNMENT
WORLD GOVERNMENT
THE PRESIDENT OF THE UNITED STATES OF AMERICA
OREGON GOVERNOR KATE BROWN
THE CORONA VIRUS
COVID-19
WORLD BUSINESS & FINANCE (ALL ONE MONOPOLY)
SECRET SOCIETY
THE ENGLISH LANGUAGE
COMPUTER CODE

Dated: 13 SEPT. 2021

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question     ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A.   **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. — ALL OF SECTION "A" ARE ENCLOSED WITHIN & CONTROLLED UNDER SECTION "B" AS THE JURISDICTION CONTROL IS NOT OUR PLANETS OWN

B.   **If the Basis for Jurisdiction Is Diversity of Citizenship**

1.   The Plaintiff(s)

   a.   If the plaintiff is an individual
   The plaintiff, *(name)* BRIAN ALBERT HAGEDORN, is a citizen of the State of *(name)* OREGON.

   b.   If the plaintiff is a ~~corporation~~ Non-PROFIT ORGANIZATION
   The plaintiff, *(name)* HAGEDORN Communications: SPACE & OTHER, is incorporated under the laws of the State of *(name)* OREGON,
   and has its principal place of business in the State of *(name)*
   OREGON.
   ✱ HAGEDORN Communications IS FOR ALL OF THE PLANETS SPECIES
   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.   The Defendant(s)

   a.   If the defendant is an individual
   The defendant, *(name)* Unknown, is a citizen of the State of *(name)* OREGON / Unknown. Or is a citizen of *(foreign nation)* OTHER PLANETS.

CONNECT COMPUTER CODE EXAMPLES: SUN - SUNDAY     URANUS - URANIUM
MOON - MONDAY
SATURN - SATELLITE
PLUTO - PLUTONIUM

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b. If the defendant is a corporation

The defendant, (name) __IT'S LEADERSHIP__, is incorporated under the laws of the State of (name) __n/A - THEY MAKE OUR PLANETS LAWS__, and has its principal place of business in the State of (name) __UNKNOWN/OREGON/EARTH__
Or is incorporated under the laws of (foreign nation) __unknown__,
and has its principal place of business in (name) __OREGON/OTHER PLANETS__

(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because (explain):

NOTE TO "b." ABOVE - DEFENDANTS: ALL ARE LISTED UNDER "IT'S LEADERSHIP" BUT THE TRADITIONALLY NAMED LOCATIONS AS STARTING POINTS ARE 1.) THE WHITE HOUSE OF THE UNITED STATES OF AMERICA & 2.) THE OREGON STATE CAPITOL BUILDING - GOVERNOR KATE BROWN

III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

THE PLANET EARTH IS CONTROLLED BY SPECIES FROM ANOTHER PLANET. A SECRET SOCIETY THAT IS STEREO TYPED TO SOUND "CRAZY" OR "CONSPIRATORIAL" IF SOMEONE TRYS TO PROVE THEM AS A REAL ENTITY. THEY ARE RESPONSIBLE FOR WAR CRIMES & OTHER HUMAN & LIVING SPECIES ABUSES - THIS CASE IS ALSO TO INCLUDE, AT A MINIMUM, MY CIVIL CASES IN BOTH MULTNOMAH CO. NO. 20CV19500, CLACKAMAS COUNTY CASE NO. 21SC4390

IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

THIS CASE INVOLVES THE ATTEMPT TO PROVE THAT OUR PLANET IS ALL OF ONE MONOPOLY. THAT ALL ASPECT OF COMMUNICATIONS / INFORMATION ARE SOMEONE ELSES. MEANING NOT CONTROLLED BY US ON EARTH. AND THAT THEY WILL FORGE, ALTER, FAKE, REMOVE, ADD ANY & ALL TYPES OF THAT INFORMATION IN ORDER TO HIDE THEIR TRAIL.

RELIEF: PART 1 - PUBLIC AWARENESS, INVESTIGATION, FUNDING FOR SUPPORT

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 13 SEPT. 2021

Signature of Plaintiff: [signed]
Printed Name of Plaintiff: BRIAN ALBERT HAGEDORN

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Street Address: _____
State and Zip Code: _____
Telephone Number: _____
E-mail Address: _____